UNITED STATES DISTRICT COURT

RE:

CURTIS CARTER
PO BOX 10
LISBON, OH 44432
    Individually & For His Rights

Vs.

Case: 1:16-cv-00612   Jury Demand
Assigned To : Unassigned
Assign. Date : 4/1/2016
Description: Pro Se Gen. Civ.  (F Deck)

FCI FORT DIX MEDICAL DIRECTOR & WARDEN, Both, jointly personally,
DBA FORT DIX MEDICAL DEPARTMENT
5756 Hartford St.

Fort Dix, NJ 08640 (Serve to Warden & Med. Dir./Ass. Warden personally)
    An Individual in Capacity and Status
&

FBOP NE REGIONAL DIRECTOR, Personally,
DBA FBOP NE REGIONAL OFFICE
200 Chestnut St.

Philadelphia, PA 19106 (Serve to Director Personally)
    An Individual in Capacity and Status,
    All Jointly and Severally, together with their undisclosed insurers
and Risk Management Groups of Affiliation by and through them.

COMPLAINT
IN MIXED LAW AND EQUITY FOR DELIBERATE INDIFFERENCE
AND MEDICAL NEGLIGENCE, MALPRACTICE, & WILLFUL INFLICTION
OF PAIN AND SUFFERING



U.S. DISTRICT COURT:

1.     May it please the Court. Comes now CURTIS CARTER, PRO SE as the Plaintiff herein, and for his Complaint for damages and injunction against the Defendant states all which follows sworn true, correct, and complete per state/county perjury laws and 28 USC 1746:

            A. INTRODUCTION, NATURE, & CAUSE.

2.     CARTER is a Prisoner of the BOP Agency of the United States and came into their custody with a preexisting condition from an Accident which caused him debilitating pain and suffering until he received chiropractic care on his own dime from professionals and his own Physician.

3.     He first arrived at Fort Dix several years ago and begin to ask them for Care and Treatment that he knew he would need as without the Chiropractor thereapy he knew from experience that he would be in severe pain, suffer headaches and neck stiffness, and that his general range of motion and quality of life would be impeded.

(1)

4.  Fort Dix gave him alot of run-around but never quite got around to actually providing him the care and treatment that he so desperately needed and which the United States took him into the custody of the BOP knowing he would require to function and to not be in constant pain from his injury.

5.  While at Fort Dix, apparently to evade treating him in the manner he asked and knew he required, CARTER was scheduled for procedures which Fort Dix avoided providing and because of that they relied on the pretense that those procedures they refused to take care of had to be done before he could move to the next step in the evaluation.

6.  Frustrated CARTER exhausted remedies internally with the BOP and told the NE REGIONAL OFFICE about his problem, they declined to see him provided with care, it went to the CENTRAL office and they simply overlooked it or are and were too backlogged and bogged down to give the matter the attention deserved and he went without such aid to date suffering.

7.  CARTER is now at FCI ELKTON in OHIO, still in pain, still suffering.

### B. PARTIES, VENUE, & JURISDICTION.

8.  CURTIS CARTER is a Male, held as a prisoner in the U.S. BOP organizations custody. He has been in the care and medical files of the BOP hospitals at Fort Dix and FCI ELKTON and every other place he has been and has a Chronic Care custody label as he needs pain treatment and chiropractic care constantly for pain. He is currently at FCI ELKTON OHIO and sues for up to and including the LIMITS of the LIABILITY COVERAGES procured and held by the named accused.

9.  FCI FORT DIX MEDICAL DIRECTOR DBA FORT DIX MEDICAL DEPARTMENT is an individual in capacity and status and also seems to qualify as a Municipal Corp. and Medical Facility headed up by the MEDICAL DIRECTOR thereof with fiduciary relationship therewith and run of the hospital facility. This individual has and maintains records on CARTER, is insured for liability assessed herein, and cannot claim to not be doing business. This Individual is a resident of NEW JERSEY at FORT DIX military base. They have ability to sue and be sued.

10. FBOP NE REGIONAL DIRECTOR DBA FBOP NE REGIONAL OFFICE is an individual in capacity and status and also seems to qualify as a Municipal Corp. and Medical Facility headed up by the DIRECTOR of the BOP NE REGIONAL OFFICE. This person appears to be doing business and is also insured. The same is capable of suing and being sued. The person has powers of direction, supervision, and control over the Medical Department decisions at FORT DIX upon reqeust for review and makes policy that can cause CARTER to receive treatment or to be denied it. They are located at and a resident of Pennsylvania.

11. The Parties are diverse, the amount claimed is in excess of $75k but not more than the Policy Limits of Insurance in any case where liability of any party can be limited by IMMUNITY of any kind, and 28 USC 1332(a)(1)/(2), 28 USC 1367 (state law claims ancillary may be handled), and 42 USC 1983 Et. Seq. apply and are involved as is Unfair Claims Settlement Practices and Fraud by and through Negligence.

12. Inaccurate medical records, modified or falsified to deny treatment, are involved and DC US DISTRICT COURT has overarching authority over the Domestic Corps. of DC and those who fall under the RISK MANAGEMENT GROUPS therein where, as here, the accused have acted in and affecting interstate commerce. See 15 USC and 5 USC 552a Et. Seq. (Sellers V. BOP, DC Cir. 1992).

C. FACTS

13.     FCI Elkton Medical Department recently put CARTER in for therapy with a Local or subcontractor Chiropractor for therapy akin to what he received when he was free and Recommended that that is what was needed.

14. A medical Staffer later, upon decline, told CARTER that basically the regional authorities strongly discouraged him ever again putting an inmate in for such therapy with little explanation of what legitimate penological or medical restriction purpose was related to their wanting to refuse such therapy/ to those who might need it whether they require it or not.

15. On information and belief all along it has been the unspoken policy of regional administration under and affiliated with the FBOP NE REGIONAL OFFICE and its DIRECTOR(s) to refuse proper medical attention even though an inmate will be left to suffer indefinitely without it.

16. On information and belief this unspoken policy is predicate upon the overpopulation problem the FBOP is faced with generally where they would like to make the money from incarceration at a massive level but do not want to pay the cost to take care of the medically challenged persons it locks up or able bodied ones they lock up so long they eventually need elder care and full medical services of a geriatric unit placing such a drain on the overall resources that the BOP is discouraged from even in the slightest cases - such as CARTERS - from letting outside authorities take a look because in other cases it would expose misdiagnosis, record rigging to limit services given, and a total disregard for the Hippocratic oath and Corrections and Medical facility proscriptions on how they may treat or "not treat" people under their care and custody.

17. CARTER is therefore of the opinion, and has seen no evidence contrary, that his pain and suffering is because the bottom-most workers in the equation such as FCI FORT DIX medical dept. know that as long as they do as the Region would prefer, despite whether the medical attention is due or necessary, the Region and BOP National Administration together with Regional Offices will uphold the denial of proper medical attention despite the harm to the individual.

18. As a result CARTER has very limited motion, moves very very slowly, his back and spinal condition has worsened and is worsening rapidly, and it is believed that his medical records have been rigged by the BOP starting at Fort Dix to make it look as if the BOP agencies have actually been trying to assist him in diagnosis and treatment where CARTER came into the BOP knowing the treatment that works best and with it already documented.

D. CLAIMS.

19. All incorporated above is included herein by reference as if set forth here at length.

I. Ethics and CORRECTIONS PROFESSIONAL requirements breach.

20.  Ethics and CORRECTIONS professional laws apply both state and federal and to have failed to treat CARTER for the reasons and by the manner described herein and to further be developed before the Court shows an ETHICS agreement VIOLATION, implied employment contract breach, and the CORRECTION OFFICER laws of the state forbid that the accused who are in the business of CORRECTIONS treat or allow any to treat CARTER in the manner described above.

II. OVERCROWDING IN VIOLATION OF USSC LAWS AND BYLAWS AND STATE CODES.

21. The overcrowding of the BOP is the problem it is believed and the same was admitted by the director of the BOP saying some years back that the Population and medical needs, coupled with BOP Fiscal goals and monetary/budget concerns, have resulted in an inability of the BOP and its directors to care for the Aging and injured populace of the BOP and under their custody and care.

22. The US Sentencing Commissions goals included putting forth the laws and USSG in such a way as to avoid overcrowding of the BOP facilities and Resources and because of their failure and exceeding their authority directly or indirectly CARTER has been left to suffer under the apparent reasoning that if they properly care for CARTER they will have to do so for everyone like CARTER and in their current state the BOP cannot or cannot do so and maintain profitability and good financial standing.

23. The states laws also do not permit the overcrowding in the areas such as FORT DIX and ELKTON FCI (Extremely crowded) which is leading to the discouragement from properly caring for persons such as CARTER.

III. MEDICAL MALPRACTICE AND NEGLIGENCE ARE OBVIOUS.

24. The above desscribed conditions are classic Medical malpractice where on the record CARTER has been intentionally rediagnosed improperly intentionally to allow refusal of the proper care which proper care was already being provided and has already been properly diagnosed.

25. The fact of this is records rigging in violation of accounting laws of the state and violates the privacy Act of 1974 by and through the fact that having and maintaining these records inaccurately and incompletely through intentionally omitting information known to the professional inquirer doing diagnosis adverse decision is to be made thereon denying ones such as CARTER here proper treatment and proper records on proper analysis.

26. Such conduct by medical professionals and medical facilities in the areas involved violates the Hippocratic oath first of all, and secondly violates the states regulations and policies regulating the operations of such facilities or where outside sources are ultimately responsible creates conditions that those are not allowed to let exist or to promote it is believed.

27. The manner on the books that such matters are supposed to be handled in officially is different than what is being practiced and such is on its face misfeasance where done by Law Enforcement, Court Officials/Officers, or Correction Officer and CARTER is harmed and injured as he has been the law has stated before.

IV. WILLFUL INFLICTION OF PAIN AND SUFFERING AND VIOLATION OF 42 USC 1983 Et. Seq.

28. CARTER has been suffering more and more each day as X-Rays reflect.

29. His spinal and back condition have worsened and are worsening, and CARTER feels that he will become permanantly disabled one day in the very near future because of degeneration of his back and worsening of his condition.

30. The FCI Elkton staff have indicated that all along he should have had the Chiropractic therapy he has been so adamant about all along and that diagnosis and treatment was in place since before the BOP medical staffers began their own diagnosis process wherein they attempted to re-diagnose to limit their obligations for what CARTER now believes to be population conscious financial reasons.

31. The FBOP NE REGIONAL OFFICE and DIRECTOR together, with their agents and policy followers at FORT DIX and ultimately at FCI ELKTON - as their proxy in this instance - have denied CARTER care and have allowed him to suffer and suffer and propose to allow it indefinitely where treatment is available takes minimum accommodation, and where CARTERS own CHIROPRACTOR has offered to continue therapy by coming to align and to give therapy at the institution to keep his patient from suffering so greatly.

32. The Civil Rights Act Codified promise CARTER and warn offenders that if CARTERS rights to be free from Unequal Treatment and to be free from Cruel and Unusual Punishment are breached and it is reported, and such is done under color of state law or federal law, that the violators shall be punished and that CARTER shall be afforded just compensation and damages.

33. Ordinarily CARTER would not consider what the BOP is doing to be under color of state law however reading FRCP 64 and 69, and 28 USC 2007 Et. Seq. and considering that the States Code as to corrections officer and Department of Corrections of the state applies to the Corrections Officers as well as regulations for medical facilities, and malpractice as regulated through state laws, CARTER presumes that the accused did what they have with an implied intent to look the other way while they do their business as the overcrowding problem is no secret and the Complaints of medical inattention to the populace of BOP's jails are litigated on a massive scale in the courts thus the Administration of BOP and the State/local authorities have allowed an unconstitutional custom, practice, and policy to develop and prevail it seems.

34. If this court does nothing CARTER and those like him will suffer indefinitely, as the matters are affected with a public interest in that the NE REGIONAL OFFICE attitude and implied policy are used on many many people just like CARTER who are suffering in silence and becoming disabled permanantly.

E. STANDING.

35. CARTER has given adequate notice and exhausted remedies time and time again. See Attached.

36. Carter shows concurrence of loss and injury and a favorable decision against those named would remedy the problem completely.

37. Records naming CARTER as an individual and subject individual have been rigged and adverse decisions have been made thereon for reasons other than those articulated in the records but not revealed as relied upon expressly for decision in violation of the Privacy Acts restrictions and Statute at Large intent out of the Privacy Act itself binding on records of "agencies" and "individuals" such as those named and Municipal Corporations and their "people".

38. CARTER has sought correction/cancellation and adverse decision reversal and was refused without lawful explanation, without claim of valid exemptions, and it has been over 30 days and even over 90 without proper acts as to records adjustment and adverse decision nullification (the decision denying therapy stands improperly).

39. If immunity is a factor it is nullified where CARTER limits the damages sought to essentially an obey the law as written and in intent injunction together with up to and including only the insurance and collective policy limits for coverage of such matters as are brought here which the accused carry and which has been established for them on permission of the Congress and Executive orders.

F. JURY TRIAL AND RESERVATIONS.

40. If the accused ever actually answer within 7 days thereafter your Plaintiff hereby demands a JURY TRIAL on all issues triable to such.

41. CARTER reserves the right to later add and amend to provide the proper addresses for services, true legal names of entities, identities of Policy Carriers and Name and address of RISK MGMT PERSONS as they become available, and to supplement his submission with additional information which becomes available for which develops during the course of these proceedings.

G. PRAYER.

42. WHEREFORE, CARTER requests appropriate relief including as follows:

(A) $1,000,000.00 for the Medical Malpractice, $1,000,000.00 for the Medical Negligence, $2,000,000.00 for the Supervisory Negligence and Civil Rights USCA 8th Amendment Violation(s), $1,000.00 per day of inaccuracy since 1/16/14 for the falsified medical records, and $325,000.00 for Misfeasance - Error - Omission FN;

OR

(B) Where immunity of any kind could or would apply CARTER demands judgment against the accused for up to and including collective policy limits and extents but at any rate not less than $75,000.00 exclusive of fees, costs, and sums related to the suit and interest FN;

AND

(C) Grant FRCP 65 (Injunction Authority) based injunction against the accused enjoining the PLAINTIFF continuing to be made to languish in prison without the Therapy which he needs for his back problem structured to take into consideration any competing interests unique to prison settings:

AND

(D) Grant Prospective Relief of $7,000.00 per week for each Monday that lapses prospectively without CARTER receiving the care that he so badly needs and which would begin to restore him to better health (Where any immunity could be said to apply or is considered this shall be limited by the extents of coverages available to the accused for payment of such in any event). FN

And grant all other such relief deemed warranted and favorable to CARTER under the totality of the circumstances to achieve justice. An affidavit in support and notice to the Accused prior hereto as a condition prerequisite to suit are exhibited.

Respectfully Presented,

_____
CURTIS CARTER
PO BOX 10
LISBON, OH 44432

---

FN: Disbursement of payment upon settlement or award is as follows: **40** % by check mailed to THE UNASSOCIATED 33 PHOENIX FOUNDATION PO BOX 252 ARNOLD, MD 21012 in preferably their name or the Claimants with the remainder to Plaintiff. See Security agreements annexed and payment arrangements

SS:

AFFIDAVIT OF CONCURRING HARM & INJURY

I, Curtis Carter, do hereby on this __2/1__, 20 15 state and affirm that all herein and in the foregoing is true, correct, and complete under the laws of the County and State of   DC    for perjury as well as under 28 USC 1746 and records laws at 18 USC 1001, 287, and 31 USC 3729:

1) I am over the age 18;

2) I am personal first-hand witness to all stated;

3) The rights at issue are mine;

4) If called to recite the facts I would do so;

5) Any copies as exhibits annexed hereto are true and correct copies from my files and records on the matters;

6) Where information and belief are indicated as sources of reliance the source of reference is one which is not reasonably subject to disregard or challenge in this forum and locale by any involved;

7) I am aggrieved by the actions and inactions of the accused parties;

8) All stated is the truth of the matters and I have never seen any proof or evidence otherwise and do not believe any such proof or evidence exists at all.

_____[L.S.]

CURTIS CARTER

PO BOX 10

LISBON, OH  44432

# EXHIBITS / PROOF of EXHAUSTION & SELF-HELP

NOTIFICATION REGARDING CLAIMS VIA USPS FCM PREPAID __1/11/16__

From: __CURTIS CARTER__
__PO BOX 10__
__LISBON, OH 44432__

To: __FCI FORT DIX PRISON   5756 Hartford St. Ft Dix, NJ 08640__
__& NE BOP REGIONAL office   200 Chestnut St.__
__Philadelphia, PA 19106__

IN RE: INTERNAL GRIEVANCE/REMEDY PROCESS
AND INSURANCE AND BONDING INFORMATION

Sir,

This is notice to this Entity and your administrative business office and by and through you to all for whom you act as agent and/or principal that Unfortunately there has been an accident, misconduct, error, and/or omission including quite possibly accounting records and other records inaccuracy, untimeliness, incompleteness, and records and accounting law violative materials upon which decisions and acts which adversely effect the Undersigned have been predicated (all related). Specifically the Undersigned is harmed and injured. You are hereby advised that the Undersigned Self-Insures and all set forth herein and in claims submitted are under penalty of perjury, under the strictures of liability under the records and claims accuracy and truth laws of the state/county. All are required by law to "do justice". See standing orders of the Chief Judge of the County/Local Court where you do business & the law of the land/parliamentary law model if any you follow.

Thus, in good faith and with modest and honorable intent it is requested that in relation and connection thereto that the INTERNAL GRIEVANCE AND ADMINISTRATIVE INTERNAL REMEDY APPLICATION AND APPEAL PROCESS BE DISCLOSED along with the name, address, and all contact information for the General Liability Coverage Provider with whom You contract for general and specific liability and bonding coverage(s) as well as policy numbers. This information will only be used to file just and bonafide claims regarding concurring harm and injury experienced to date and the facts shall be laid out truthfully, clearly, in declaration format, and presented for amicable resolution of what is believed to be a just debt for misconduct, inaccurate records and their effects, errors, and/or omissions which this entity is covered for and has thereby agreed to be "doing business" and to sue and be sued implicitly.

Thank you in advance for a prompt response hereto providing such information within 10-30 days. This request is pursuant to the insurance laws and the provisions of the Insurance Policies that you have contracted for and relates to an attempt to collect on a claim of debt for tort and/or contract liability as to personal injury and personalty damage(s) or to seek favorable resolution and/or settlement thereof.

The law of the County/State locality where your current residence is listed as being situated requires that those doing business in the area of the variety you are engaged in have Insurance and Bonding in place to make whole any who are injured or harmed by your acts in the course of business. The State Regulators as to insurance and licensing/business operations appear to require that it be reported if it is suspected that those businesses required to be insured are not and where an accident occurs and the insurance information and policy information are asked to be disclosed and are not. Likewise, if there is an internal grievance and remedy process to resolve complaints in-house the law favors an attempt to use those and only addressing the matter to the courts if and where the communication or ability to resolve conflict experienced therein breaks down. Of course the internal grievance process is non-binding on the Undersigned but would tend to aid in hashing out where differences as to what has transpired and what is due, if any, might exist.

Please do not worry about the claim as you are fully covered for the variety of liability involved it is believed, and undoubtedly the insurance and bonding you have secured is both sufficient and trustworthy in time of accidents such as those that have

occurred. In closing the basis for this request is as stated and is a request for proof that the records which suggest that Your entity is not doing business uninsured and without bonding for liability are not inaccurate, incomplete, and an otherwise misrepresentation in violation of insurance and state/local and possibly federal laws.

Very Truly Yours,

*[signature: CJC]*

Name: Curtis Carter

Mail Address: PO Box 10
Lisbon, OH 44432

Enclosures (Seperate Insurance Request if any)
CC: Original File Copy; Copy to Addressee

Page 1

From **Curtis Carter**
**P.O. Box 10**
**Lisbon, OH 44432**

Via USPS FCM Paid
**1/11/16**

To: **FCI Fort Dix Prison**   **5756 Hartford St., Ft. Dix, NJ 08640**
**& NE BOP Regional Office**   **200 Chestnut St.**
**Philadelphia, PA 19106**

IN RE: NOTICE OF CLAIM OF
HARM AND INJURY BY ONE WHOM
YOUR INSURANCE COMPANY HAS
PLEDGED TO INDEMNIFY

INSURANCE CORPORATION PERSONALLY:

This is notice to you and by and through you sir to all for whom you act as agent, principal, and/or surety and guarantor for payment and collection of claims of harm and injury caused by or attributable to: **Deliberate Indifference to Suffering (see attached)** Address **Began at Fort Dix, Accrued Recently by Region Proving Negligence.**
This shall serve as timely notification in accord with law that the acts, errors, and/or omissions of your insured has hurt the undersigned. It all occurred and arose in the manner and time set out in the annexed affidavit and other papers presented for your information and consideration. The annexed papers are notice and incorporated herein by reference as if set forth herein at length. See attached/enclosures.

If perchance you are receiving this notification and are the insured please consider this **formal** notice to you of **claim** and request for your general liability coverage providrs name, contact information, and your policy numbers, included is an implied request for all coverages you carry to cover your liability incurred during and in relation to the course of business. There has been an accident, an error, and/or records containing personal and inaccurate harmful information upon whic decisions (adverse) are being made exist and it is requested that it cease and disist and/or asserted that you were asked and 30 days lapsed absent compliance. All this in violation of law and records laws. see **NJ & PA Insurance Regs., & State Negligence** for example. If you "self insure"

indicate it. If those agents and agencies involved on your behalf are seperately or jointly bonded in addition to other coverages and they are mentioned in the attached declaration and statement of claim please provide the name of their bond providers, contact information, and policy numbers/bonding numbers forthwith.

For good cause it is believed that you have a legal and contractual duty to accept, log, process, and investigate the matters and to **pay the claim** laid here as well as make and cause any adjustments to stop continuing harm, injury, and violations against the undersigned.

Should negotiation and meaningful movement toward amicable resolution not ensue within 30 days; the undersigned will ocnsider these records of his closed and will take it to mean you agree with, or at least dont disagree with, the claim facts, assessment, and performance and/or payment claimed to be due and just/reasonable to _Curtis Carter_ & _The Unassociated 33 Phoenix Foundation_.

All rights to review and mandamus, or other just mechanisms of the Courts are not waived by the undersigned and silence hereon over 30 days is consent to Court action. If failure to timely respond in answer hereupon is anticipated upon notice of the need for more time ordinarily not over 30 days will be additionally allotted.

If for some reason the deadline is missed due to inadvertance, excusable neglect, or otherwise unintentional, the record would reopen upon your request to reopen these matters and if good cause showing as to why you are entitled to it and did not timely respond.

Thank you in advance for your prompt attention to these matters. The undersigned looks forward to amicable settlement of the claim the assessment is as follows.

ASSESSMENT:

Medical Malpractice: $1,000,000.00
Negligence: $1,000,000.00
Supervisory Negligence & Civil Rights/USCA 8 Violation: $2,000,000.00
Falsifying Medical Records: $1,000.00 PR/Day since 1/16/2014
Misfeasance, Error, Omission: $325k     See Affidavit/Declaration for Predicate of Sums/

perfomance claimed which follows.

Presented in good Faith
_CC_

Print: _Curtis Carter_
Address: _PO Box 10_
_Lisbon, OH 44432_

cc: _Each Accused and Insurers..._
To file
enclosures as stated

Email/phone #: _N/A_

**SWORN AFFIDAVIT**

I, Curtis Jay Carter, Reg. No. 08717-068, am an inmate at the Elkton Federal Correctional Institution.

The basis of my claim and grievance is the deliberate indifference sustained acute neck and back injuries. Following my examination I opted for chronic chiropractic care and physical therapy. When I initially started my chiropractic care/physical therapy regimen, I had only minimal movement in my neck, and my back was stiff as a board. After on-going treatments consisting of spinal realignments, hot pad treatments, bed alignments and muscle massages, I was able to regain nearly 85% mobility and was getting back to nearly normal. I was cautioned however that this was a life-time process and that I would always require continuing treatment and care. Since my incarceration (March 2006) I have been unable to receive any further treatments and my condition has increasingly deteriorated. In 2007, I was examined and x-rays were taken which showed that degenerative changes had occurred to my C3, C4, and C5. Subsequently, in 2010, furhter exams and x-rays revealed some bridging ventral syndesmophytes at C2, C3, C4, and C5 noting that there are two small nodular structures overlaying the right mid to lower abdomen.

Currently, I am in constant pain and very much aware of my waning limberness and flexibility. My primary physician, Dr. Dunlop, recommended the ciropractic care/physical therapy because he knew the limitations of the physical therapy I had been receiving, and that it wasn't enough. The therapist was under strict orders not to touch me. Thus, there was no realignment therapy, hot pad treatments or anything even remotely similar to what had been effective for me prior to my incarceration. Dr. Dunlop made a professional recommendation to have me seen by a contract chiropractic practitioner based on his training and knowledge of my serious medical needs. Specifically, that what the BOP had been doing up to that point, had not been working and that they should consider what had worked prior to my incarceration. For his recommendation Dr. Dunlop was vehemently admonished and reprimanded by a Regional Official, which clearly represents a deliberate indefference to my serious medical needs, as Dr. Dunlop was in a much better position to assess my needs. Lastly, and contrary to AHSA Tonya Brown-Stobbe's assertion, I have had a trial run of a non-sterodial anti-inflammatory drug (NSAID). Beginning in 2006 thru 2010 I was prescribed the NSAID Naprosyn, and it only served to temporarily relieve pain and wreak havoc on my long term health. The side effects from taking Naprosyn or any NSAID were so harmful and well documented that I discontinued using it. Neither the physical therapy provided by the BOP nor the

NSAID have proven effective for my condition.

The relief I requested was that I be approved for the chiropractic therapy recommended by Dr. Dunlop.

On or about January 16, 2014, Dr. Dunlop recommended me to see a contract chiropractic care practitioner.

On or about February 5, 2014, Dr. Dunlop's consultation request for the chiropractor was denied by the Bureau of Prisons Regional Office.

On or about February 24, 2014, during a scheduled appointment to see Dr. Dunlop he revealed to me that he had been personally contacted by the Region and strongly admonished and reprimanded for recommending me to see a chiropractor. He apologized for not being able to get me approved, and then stated he would recommed me for the physical therapy again.

Pursuant to 28 U.S.C. ¶1746, I declare under penalty of perjury that the foregoing is True and Correct to the best of my knowledge.


Respectfully Submitted,

_____   1/11/16
Curtis J. Carter
#08717-068

REVEAL ANY RISK MGMT GROUP UPON REPLY & PROVIDE THEM THE NOTICES

*PROPERTY OF THE UNASSOCIATED THIRTY-THREE PHOENIX FOUNDATION*

1-1

Proof of Lien & POA
# 86ACI-Carter
SEE Contract Addendum No 68ACI J619

TO WHOM IT MAY CONCERN, AND ALL TO WHOM THESE PRESENTS MAY COME OR BECOME MADE KNOWN, NOTICE:

The parties herein named below have heretofore, by evidence of the ANNEXED PRIVATE AGREEMENT agreed and mutually affirmed, that

THE UNASSOCIATED 33 PHOENIX FOUNDATION
PO BOX 252
ARNOLD, MARYLAND 21012
SHALL RECEIVE _____40_____ % of the funds to be tendered from Settlement or Award and

Curtis Carter, #08717-068
PO Box 10
Lisbon, OH 44432

SHALL RECEIVE _____60_____ % of said funds.

***ACCEPTABLE PAYMENT METHODS***

Please remit payment by forwarding payment by one of three (3) possible methods:

A) Make 2 seperate checks for the percent of the total amount to be tendered in accordance with the listing above as follows:

- Make __40__ % of the total to be tendered payable to "THE UNASSOCIATED 33 PHOENIX FOUNDATION" and FORWARD YOUR PAYMENT to
PO BOX 252, ARNOLD, Maryland 21012." Send the rest as follows:

- Make __60__ % of the total to be tendered payable to " Curtis Carter, #08717-068 " and mail to FBOP Lockbox PO Box 474701 Des Moines, IA 50947
_____. By accountable means of course.

--OR--

B) if your policy requires that you issue all funds in the name of the named claimant you may forward 2 seperate checks in the amounts of __40__ % of the total to be tendered and __60__ % of the total to be tendered made out payable to the claimant in his/her name: " Curtis Carter " and forward by mailing to "IN CARE OF THE UNASSOCIATED 33 PHOENIX FOUNDATION, PO BOX 252 ARNOLD, MARYLAND 21012." By accountable means of course.

--OR--

C) if your policy merely prefers that one address be used but permits payment to issue in the manner and to whatever parties may be designated by the Claimant ISSUE ONE CHECK MADE PAYABLE TO "THE UNASSOCIATED 33 PHOENIX FOUNDATION" for __40__ % and another made out to " Curtis Carter, #08717-068 " and forward BOTH TO "IN CARE OF THE UNASSOCIATED 33 PHOENIX FOUNDATION, PO BOX 252, ARNOLD, MARYLAND 21012".

Please note that the option "A" is preferable to the claimant. Whichever option you prefer please notify the claimant and THE UNASSOCIATED 33 PHOENIX FOUNDATION by mail to the Claimant at their address listed in Option "A" and by email to: tb4094@yahoo.com. Any of the 3 methods cited herein are acceptable means of payment and will close out this transaction. Please be sure to notify the parties when payment has mailed or been forwarded by mail and email as asked herein. The parties have agreed that a copy hereof shall be binding as if it were a POWER OF ATTORNEY limited for the

*PROPERTY OF THE UNASSOCIATED THIRTY-THREE PHOENIX FOUNDATION*

1-2

...urposes set forth herein and payor shall not be responsible past mailing by accountable means by a method identified herein.

Thank you in advance for remittance of payment by the means stated herein and for amicable resolution.

By: _____ 12/1/15 [L.S.]
CLAIMANT
   CURTIS CARTER, #08717-068
   PO BOX 10 LISBON, OH 44432

Accepted,

& By: _____ 12/1/15, Chairman [L.S.]
FOR THE UNASSOCIATED 33 PHOENIX FOUNDATION
PO BOX 252
ARNOLD, MARYLAND 21012
Messages in care of tb4094@yahoo.com

Cassandra J Richey

CASSANDRA J. RICHEY
Notary Public
State of Ohio
My Commission Expires
Feb 13, 2017

Contract No. 68ACIJ619

>>>>>>> A PRIVATE CONTRACT AGREEMENT AND SECURITY AGREEMENT <<<<<<<

MAY ALL MEN KNOW BY THESE PRESENTS:

[NAME] THE UNASSOCIATED 33 PHOENIX FOUNDATION OF MARYLAND CREATED AT PENNSYLVANIA, ADDRESS:

PO BOX 252 ARNOLD, MD 21012

AND CURTIS CARTER OF ADDRESS

PO BOX 10 LISBON, OH 44432

do both jointly upon a meeting of the minds and for consideration of proprietary information and fabrication/compilation on loan to the named 2nd party with relation to a matter in which the 2nd party needed aid, assistance, and expertise, namely:

FBOP Philly REGIONAL office NEGLIGENCE & Civil Rights violations, etc. (BACK INJURY) agree that 40% of all sums realized and recovered are donated as immediately deliverable to the first party named and are the property of said first party named.
ALL SUMS SHALL BE PAID DIRECTLY TO SAID PARTY BY FORWARDING MADE PAYABLE TO:

" THE UNASSOCIATED 33 PHOENIX FOUNDATION OR T.L. "

by accountable means of mailing to (address): PO BOX 252 ARNOLD, MD 21012 .
The claim is hereby transferred in its entirety except 60% and each party shall be responsible for their own taxes if any are due. The parties retain and are in receipt hereby of the rights to defend, preserve, enforce, and perfect security interests in as well as collect upon the claims in the name of the Second Party or otherwise with power of attorney to do all needful acts represented hereby as the first party may at their discretion elect or find needful and/or useful.
Upon delivery the same is ratified and binding, and the parties agree thereby in acceptance once indicated as expressed and implied necessarily herein and hereby. Service of a copy of this document upon any responsible for tender of payment shall be sufficient to authorize and require division of payment as instructed herein. The second party will take payment, where any is due and to be made as follows:

Make payable to: CURTIS CARTER, # 08717-068

AND FORWARD VIA ACCOUNTABLE MEANS TO: FBOP Lockbox PO BOX 474701 DES MOINES, IA 50947.

WHEREFORE THE SAME IS SIGNED, SEALED, AND DELIVERED WITH JOINT INTENT TO BE SO BOUND:

Signed, Sealed, Delivered: /s/ X _____ 12/1/16 [L.S.]

CURTIS CARTER, # 08717-068

Address: PO BOX 10 LISBON, OH 44432

Signed, Sealed, Accepted /s/ x _____ 12/1/16, Chair/Pres. of Trustee Bd.

THE UNASSOCIATED 33 PHOENIX FOUNDATION

Address: PO BOX 252 ARNOLD, MD 21012   SEE ATTACHED 86ACI

Wherefore two witnesseth: N/A [L.S.] N/A [L.S.]

POWER OF ATTORNEY FOR RECORDING

I, Curtis Carter, SSN ___-__-6036, DOB 09/05/1971, do hereby grant a full, general, and irrevocable power of attorney to my assignee and co-claimowner, THE 33 PHOENIX FOUND, of ARNOLD, MD,
                                         (name)           (city)   (state)
to act as my attorney-in-fact (agent), giving said agent the full power and authority to undertake and perform only the following acts on my behalf to the same extent as if I had done so personally:

All needful acts relating to claims, litigation, and collection referenced in DOC #96ACI/68ACIJ619, annexed and made a part hereof by reference. [Suit against Ft. Dix (NJ), and FBOP NE REGIONAL OFFICE: MED NEGLIG./MALPRAC.]

The authority of my agent shall include such incidental acts as are reasonable and necessary to carry out and perform the authorities and duties stated herein, and in related documentation of/evidencing indebtedness and agreements.

By accepting or acting under this appointment, my agent agrees to act consistent with the intent and purpose of this delegation, and I hereby ratify all such acts of my agent. No other authority is conveyed as to any other personal or financial matters.

This power of attorney expires upon issuance and disbursement of settlement or award.

Executed on this 28 day of January, 20 16.

Record this document and any inclusions, and when recorded please return to: "TU33PF; Box 252; Arnold, MD 21012; Attn: Secretary"

X _____
     (Signature)
PO BOX 10
LISBON, OH 44432

SWORN and SUBSCRIBED to before me on this 28 day of January 20 16.

_____
Notary Public

State of Ohio
My Commission Expires 8/25/16

⇔08717-068⇔
Lynn Carter
435 Union AVE
Pittsburgh, PA 15205
United States

412-657-1262

Curtis C
sister

PREPARED BY Curtis Carter      PO BOX 10 LISBON, OH 44432

TO: FEDERAL CORRECTIONAL FACILITY
    ELKTON

## ORDER FOR TELEPHONIC HEARING

Court sets Telephonic Hearing for the     day of         , 2016 at 10:00 a.m. Eastern Time for clarification of filing. The **FEDERAL CORRECTIONAL FACILITY-ELKTON** is ordered to present the petitioner for hearing by telephone. The number to contact is **(330) 420-6200 EXT # 1041.** The Court will initiate the telephonic hearing.